### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

CITY OF CORTEZ,
MONTEZUMA COUNTY SHERIFF, GERALD WALLACE,
ANTHONY TODD BAKER,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

### ORDER OF DISMISSAL AS TO
### DEFENDANT TODD BAKER ONLY

**Blackburn, J.**

    On February 14, 2006, the plaintiff filed a **Notice of Dismissal of All Claims Against Todd Baker** [#3].  After review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant Todd Baker should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal of All Claims Against Todd Baker** [#3], filed February 14, 2006, is **APPROVED**;

    2.  That plaintiff's claims against defendant Todd Baker are **DISMISSED**; and

      3.  That defendant Todd Baker is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**