UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

CITY OF CORTEZ,
MONTEZUMA COUNTY SHERIFF, GERALD WALLACE,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

---

**STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**

---

Each party represented by each undersigned counsel of record stipulates and moves this Honorable Court for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to be entered as follows:

1. Plaintiff has sought confidential information contained in the Montezuma County and City of Cortez' personnel files. Plaintiff has also requested many of Montezuma County's and the City of Cortez' policies and procedures statements. The parties have entered into this Stipulation and respectfully requests that this Honorable Court enter a Protective Order for the purpose of preventing the disclosure and use of confidential information except as set forth herein.

2. The confidential information noted above which is produced, provided, or otherwise disclosed to Plaintiff's counsel shall be subject to the following restrictions:

    (a)    the confidential information shall be viewed by the attorneys of record only;

  (b) the confidential information shall not be given to any witnesses other than the attorneys' designated experts or consulting experts;

    (1) the attorneys' designated experts or consulting experts will not be provided these confidential documents until he/she has read the entire Confidentiality and Protective Order and acknowledges same by signing his/her name and attaching to this Order, or in the event of a consulting expert, signing counsel's log as provided in subparagraph (b)(3) below; and

    (2) the confidential information shall not be communicated or disclosed by Counsel or the attorneys' designated experts or consulting experts, either directly or indirectly, to anyone unless written consent is obtained from appropriate Counsel who represents a person with an interest in the confidential information or an order has been obtained from the Court; and

    (3) Counsel shall keep a log of all consulting experts provided with the confidential documents having read the Confidentiality and Protective Order and who have acknowledged same with his/her signature on the log.

  (c) the parties may use the confidential information during any deposition in this case or at trial with the additional requirement that if the confidential information is to be submitted as part of a court filing, it shall be submitted under seal pursuant to ECF Procedures, Version 2.0, VI. A.2.

      3.      Individuals authorized to review confidential information pursuant to this Protective Order shall hold confidential information in confidence and shall not divulge the confidential information, either verbally or in writing, to any other person, entity or governmental agency.

      4.      If opposing Counsel objects to the designation of certain confidential information, he or she shall promptly inform the other parties Counsel in writing of the specific grounds of objection to the designation.  All Counsel shall then, in good faith and on an informal basis, attempt to resolve such dispute. If, after such good faith attempt, all Counsel are unable to resolve their dispute, opposing Counsel may move for a disclosure order consistent with this order.  Any motion for disclosure shall be filed within thirty (30) days of receipt by Counsel of notice of opposing Counsel's objection and the information shall continue to have confidential information status from the time it is produced until a ruling by the Court on the motion.

      5.      Determination of this action shall not relieve Counsel or the attorneys' designated expert from their responsibility to maintain the confidentiality of the confidential information pursuant to this Protective Order, and the Court shall retain continuing jurisdiction to enforce the terms of this Protective Order.

      6.      Counsel's signing of this stipulation does not waive their right to object to the discovery or admissibility of certain information in this case.

      7.      Each document produced pursuant to this Confidentiality Agreement shall be marked with a template which shall state "CONFIDENTIAL PER COURT ORDER, Case Number 06-cv-00023-REB-CBS."

      8.      At the conclusion of this action, all documents or copies thereof produced under this Confidentiality Agreement shall be returned to Defendants' Counsel within thirty (30) days.

DATED at Denver, Colorado, this 12th day of May, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

Dated this 11th day of May, 2006.

/s/ Brice A. Tondre
Brice A. Tondre, Esq.
Brice Tondre, Esq.
1821 Blake Street, Suite 2C
Denver, Colorado 80202-1287
303-296-3300
Attorney for Plaintiff Michael Warren

/s/ Gordon L. Vaughan
Gordon L. Vaughan, Esq.
Vaughan & DeMuro
111 Tejon Street, Suite 410
Colorado Springs, Colorado 80903-2245
719-578-5500
Attorney for Defendant Sheriff Wallace

/s/ Michael A. Goldman
Michael A. Goldman, Esq.
Goldman, Robbins & Rogers, P.C.
679 East Second Avenue, Suite C
Durango, Colorado 81301
970-259-8747
Attorney for Defendants City of Cortez,
Sue Ellen Betts, Kenneth Farrington and
Kevin Jordan