UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

vs.

CITY OF CORTEZ,
MONTEZUMA COUNTY SHERIFF, GERALD WALLACE,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON,
KEVIN JORDAN,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER COMES before the court on Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint and Jury Demand (*doc. no. 34*).

    IT IS HEREBY ORDERED the instant motion is GRANTED. As of the date of this order, the Clerk's office is instructed to accept for filing, the amended complaint (*doc no. 34-2*) tendered to the court on May 12, 2006.

DATED at Denver, Colorado, this 12th day of May, 2006.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*
                                            Craig B. Shaffer
                                            United States Magistrate Judge