IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

CITY OF CORTEZ,
MONTEZUMA COUNTY SHERIFF,
GERALD WALLACE,
ANTHONY TODD BAKER,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is Plaintiff's Motion for Protective Order filed on May 16, 2006 (*doc. no. 38*). Upon a review of the motion it appears that Plaintiff is seeking relief in the form of extension of time, not a protective order.

    IT IS THEREFORE ORDERED that the instant motion is **GRANTED**, as to the request for an extension of time to answer interrogatories and **DENIED** to the extent Plaintiff seeks a protective order. The deadline for Plaintiff to respond to Defendants' Interrogatories 3, 4, 5, 6, 7, 8, and 9 is extended to on or before **July 1, 2006**.

**DATED:**    May 16, 2006