### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

CITY OF CORTEZ,
MONTEZUMA COUNTY SHERIFF, GERALD WALLACE,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

---

### MINUTE ORDER[1]

---

Plaintiff's Motion for Leave to File Surreply Brief [#67], filed July 13, 2006, is DENIED.  The matters as to which plaintiff wishes to surreply are fully within the court's competence to discern for itself.

Dated:  July 13, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.