IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

CITY OF CORTEZ,
MONTEZUMA COUNTY SHERIFF,
GERALD WALLACE,
ANTHONY TODD BAKER,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Settlement Conference (*doc. no. 69)* is **GRANTED**. The settlement conference set for July 27, 2006, is **VACATED**. The court will discuss the resetting of the settlement conference with parties at the August 9, 2006, motion hearing.

**DATED:**    July 20, 2006