# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

**Civil Action No.: 06-cv-00023-REB-CBS**        FTR - Reporter Deck, Crtrm A402
**Date: October 30, 2006**                       Courtroom Deputy, Ellen E. Miller

---

MICHAEL WARREN,                                  Brice A. Tondre

   **Plaintiff(s),**
   v.

CITY OF CORTEZ,                                  Douglas J. Reynolds
GERALD WALLACE,                                  Gordon L. Vaughan   (by telephone)
CARY BRUCE POPE,
SUE ELLEN BETTS
KENNETH FARRINGTON,
KEVIN JORDAN,

   **Defendant(s)**

---

### COURTROOM   MINUTES  /  MINUTE   ORDER

---

**HEARING:   MOTIONS HEARING**
**Court in Session:**   8:30 a.m.
Court calls case. Appearance of counsel.

Discussion is held regarding the pending motion.

**It is ORDERED:**    Plaintiff's MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Docket No. **77,** Filed September 12, 2006) is **DENIED** for reasons as stated on the record.

The First Amended Complaint remains the operative pleading in this case.

If the parties determine a Settlement Conference would be beneficial, they will contact chambers (303) 844-2117 for scheduling.

HEARING CONCLUDES.

**Court in recess:**   9:01 a.m.
Total In-Court Time:   00:31