IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

MONTEZUMA COUNTY SHERIFF,
GERALD WALLACE,
ANTHONY TODD BAKER,
CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order [filed January 22, 2007; doc. 102] is **denied without prejudice**, since it requests extensions of deadlines past the trial date set by Judge Blackburn. The parties should first file a motion to vacate and reset the trial date and then refile this motion consistent with an order on the motion to vacate.

**DATED:**    January 24, 2007