**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

CARY BRUCE POPE,
SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT CARY BRUCE POPE ONLY**

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion To Dismiss All Claims Against Defendant Cary Bruce Pope** [#125], filed May 16, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant Cary Bruce Pope should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss All Claims Against Defendant Cary Bruce Pope** [#125], filed May 16, 2007, is **GRANTED**;

    2. That plaintiff's claims against defendant Cary Bruce Pope **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant Cary Bruce Pope is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 17, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**