**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00023-REB-CBS

MICHAEL WARREN,

    Plaintiff,

v.

SUE ELLEN BETTS,
KENNETH FARRINGTON, and
KEVIN JORDAN,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss All Claims Remaining Against Defendants Sue Ellen Betts, Kenneth Farrington and Kevin Jordan, with Prejudice** [*sic*] [#132], filed June 22, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss All Claims Remaining Against Defendants Sue Ellen Betts, Kenneth Farrington and Kevin Jordan, with Prejudice** [*sic*] [#132], filed June 22, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for July 6, 2007, is **VACATED**; and

4.  That the jury trial set to commence July 23, 2007, is **VACATED**.

Dated June 22, 2007, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**